IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERRY HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-10-306-L |
| ) | |
| FARMERS INSURANCE ) | |
| EXCHANGE, a foreign corporation, ) | |
| ) | |
| Defendant. ) | |

# <u>J U D G M E N T</u>

Pursuant to the order issued this date, judgment is hereby entered in favor of defendant, Farmers Insurance Exchange, and against plaintiff, Terry Hill.

Entered this 16th day of December, 2011.

*/s/ Tim Leonard*
TIM LEONARD
United States District Judge